IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WJW ASSOCIATES, LTD., | |
| Plaintiff, | No. C 11-03427 JSW |
| v. | |
| GREATWIDE DALLAS MAVIS, LLC and DOES 1-20, inclusive, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

In an Order dated August 5, 2011, the Court set a case management conference for October 21, 2011 at 1:30 p.m. Plaintiff's counsel failed to appear for the case management conference. Therefore, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than October 28, 2011, as to why this case should not be dismissed for failure to prosecute and sanctions in the amount of $500 and the fees and costs incurred by Defendant's counsel to make an appearance at the case management conference should not be imposed. Failure to respond to this Order by October 28, 2011 shall result in dismissal of this matter without prejudice and an assessment of sanctions in the amount of $500, as well as require the submission of an

accounting of Defendant's costs which shall be imposed as further sanction.

**IT IS SO ORDERED.**

Dated: October 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE