1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12   WJW ASSOCIATES, LTD.,

13          Plaintiff,                                No. C 11-03427 JSW

14   v.

15   GREATWIDE DALLAS MAVIS, LLC and      **ORDER TO SHOW CAUSE**
     DOES 1-20, inclusive,
16
          Defendants.
17
     _____/
18

19          In an Order dated August 5, 2011, the Court set a case management conference for

20   October 21, 2011 at 1:30 p.m.  Plaintiff's counsel failed to appear for the case management

21   conference. Therefore, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later

22   than October 28, 2011, as to why this case should not be dismissed for failure to prosecute and

23   sanctions in the amount of $500 and the fees and costs incurred by Defendant's counsel to make

24   an appearance at the case management conference should not be imposed.  Failure to respond to

25   this Order by October 28, 2011 shall result in dismissal of this matter without prejudice and an

26   assessment of sanctions in the amount of $500, as well as require the submission of an

27

28

**United States District Court**

For the Northern District of California

accounting of Defendant's costs which shall be imposed as further sanction.

**IT IS SO ORDERED.**

Dated:    October 24, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28