**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WJW ASSOCIATES, LTD.,

    Plaintiff,

v.

GREATWIDE DALLAS MAVIS, LLC and DOES 1-20, inclusive,

    Defendants.
_____/

No. C 11-03427 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On October 24, 2011, the Court issued an Order to Show Cause as to why Plaintiff's counsel failed to appear at the case management conference set for October 21, 2011. On October 25, 2011, Plaintiff's counsel filed a timely response to the Order to Show Cause, in which he states that it was an error of calendaring that resulted in his missed appearance.

The Court HEREBY DISCHARGES the Order to Show Cause. However, Plaintiff's counsel is on notice that, in the future, he must comply with any and all appearances and deadlines as set by the Court. If Plaintiff's counsel fails to comply with the Court's orders, sanctions may be imposed.

Further, the case management dates set in the conference shall remain as set.

**IT IS SO ORDERED.**

Dated: October 25, 2011

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE