Kathleen C. Jeffries (State Bar No. 110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
GREATWIDE DALLAS MAVIS, LLC

Dennis A. Cammarano (State Bar No. 123662)
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674
dcammarano@camlegal.com

Attorneys for Plaintiff
WJW ASSOCIATES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WJW ASSOCIATES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GREATWIDE DALLAS MAVIS, LLC; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. C 11-03427 JSW <br><br> STIPULATION RE DISMISSAL AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff WJW Associates, Ltd. and defendant Greatwide Dallas Mavis, LLC, through their respective counsel of record, that a settlement agreement has been reached by and between said parties; that the terms of said settlement

STIPULATION RE DISMISSAL AND ORDER THEREON

agreement have been satisfied; and that the entire case may now be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: December 13, 2011          CAMMARANO LAW GROUP

                                  By:  /s/ Kathleen C. Jeffries
                                       for Dennis A. Cammarano
                                       with express consent
                                       Dennis A. Cammarano
                                       Attorneys for Plaintiff
                                       WJW ASSOCIATES, LTD.

Dated: December 13, 2011          SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

                                  By:  /s/ Kathleen C. Jeffries
                                       Kathleen C. Jeffries
                                       Attorneys for Defendant
                                       GREATWIDE DALLAS MAVIS, LLC

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __December 14__, 2011      _____
                                  Judge, United States District Court

2

STIPULATION RE DISMISSAL AND ORDER THEREON