| | |
|---|---|
| 1 | Kathleen C. Jeffries (State Bar No. 110362) |
| 2 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP<br>2 North Lake Avenue, Suite 460 |
| 3 | Pasadena, California 91101<br>Telephone: (626) 795-4700 |
| 4 | Facsimile: (626) 795-4790<br>kjeffries@scopelitis.com |
| 5 | Attorneys for Defendant |
| 6 | GREATWIDE DALLAS MAVIS, LLC |
| 7 | Dennis A. Cammarano (State Bar No. 123662)<br>CAMMARANO LAW GROUP |
| 8 | 555 East Ocean Boulevard, Suite 501<br>Long Beach, California 90802 |
| 9 | Telephone: (562) 495-9501<br>Facsimile: (562) 495-3674 |
| 10 | dcammarano@camlegal.com |
| 11 | Attorneys for Plaintiff<br>WJW ASSOCIATES, LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WJW ASSOCIATES, LTD., | ) | Case No. C 11-03427 JSW |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION RE DISMISSAL AND ORDER THEREON |
| GREATWIDE DALLAS MAVIS, LLC;<br>and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff WJW Associates, Ltd. and defendant Greatwide Dallas Mavis, LLC, through their respective counsel of record, that a settlement agreement has been reached by and between said parties; that the terms of said settlement

1

STIPULATION RE DISMISSAL AND ORDER THEREON

1  agreement have been satisfied; and that the entire case may now be dismissed
2  with prejudice, with each party to bear its own costs and fees.

4  Dated: December 13, 2011                CAMMARANO LAW GROUP

                                           /s/ Kathleen C. Jeffries
                                           for Dennis A. Cammarano
                                    By:    with express consent
                                           Dennis A. Cammarano
                                           Attorneys for Plaintiff
                                           WJW ASSOCIATES, LTD.

10 Dated: December 13, 2011                SCOPELITIS, GARVIN, LIGHT, HANSON &
                                           FEARY, LLP

                                    By:    /s/ Kathleen C. Jeffries
                                           Kathleen C. Jeffries
                                           Attorneys for Defendant
                                           GREATWIDE DALLAS MAVIS, LLC

                                    ORDER

              PURSUANT TO STIPULATION, IT IS SO ORDERED.

    Dated: _December 14_____, 2011   _____
                                           Judge, United States District Court

2

STIPULATION RE DISMISSAL AND ORDER THEREON